71 A.3d 245

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert STUART, Petitioner.

No. 3 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**